U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
HYMAN v. DOROCHOFF, et al.

Case Number:
FILED: AUG 14, 2008
08 CV 4624
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

H. DENNIS HYMAN

| | |
|---|---|
| NAME (Type or print) Justin R. Burton, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Justin R. Burton | |
| FIRM Kriezelman Burton & Associates, LLC | |
| STREET ADDRESS 20 North Clark Street, Suite 725 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271142 | TELEPHONE NUMBER (312) 332-2550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |